**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-1777**

———————

DAVID PATRICK BLEVINS,

Plaintiff - Appellant,

v.

KATHI VIDAL; KEISHA MORRIS; BRIANA ROBINSON; TIMOTHY P. CALLAHAN,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Adam B. Abelson, Magistrate Judge.  (1:22-cv-02360-ABA)

———————

Submitted:  February 27, 2025                    Decided:  March 3, 2025

———————

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

David Patrick Blevins, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Patrick Blevins appeals the magistrate judge's order denying Blevins' postjudgment motions as moot.[*] On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Blevins' informal brief does not challenge the basis for the magistrate judge's disposition, Blevins has forfeited appellate review of the district court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Blevins' motions to argue the case in seriatim with a previously decided appeal and for a stay or injunction and affirm the magistrate judge's order. *Blevins v. Vidal*, No. 1:22-cv-02360-ABA (D. Md. June 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The parties consented to the jurisdiction of the magistrate judge in accordance with 28 U.S.C. § 636(c).